IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION |
|---|---|
| 8:97CR85 | USA v. Frank Detamore |
| 8:98CR125 (Sealed | USA v. Dwayne Blackson |
| 8:00CR109 (Sealed) | USA v. George Miranda, Joahnie Escamilla |
| 8:01CR261 | USA v. Kerry L. Baker |
| 8:01CR315 (Drugs) | USA v. Francisco Beltran-Hernandez |
| 8:03CR85 (Sealed) | USA v. Stacie O. Edmonson |
| 8:04CR187 (Sealed) | USA v. Cory G. Neumeyer |
| 8:05CR49 (Sealed) | USA v. Arturo Johnson, Wendy Buckhalter |
| 8:06CR42 (Sealed) | USA v. Adrian Hudson |

DATED this 25th day of June, 2007.

BY THE COURT

s/Joseph F. Bataillon
United States District Judge